

# Fourth Court of Appeals
## San Antonio, Texas

May 27, 2022

No. 04-22-00182-CV

**IN THE INTEREST OF A.R.T.**, a Child

From the 288th Judicial District Court, Bexar County, Texas
Trial Court No. 2020PA01505
Honorable Charles E. Montemayor, Judge Presiding

## O R D E R

In this accelerated appeal of the order terminating Appellant's parental rights to her child, Appellant's brief was due on May 23, 2022. *See* TEX. R. APP. P. 38.6(a). To date, Appellant has not filed a brief or a motion for extension of time to file the brief.

We ORDER Appellant to show cause in writing within TEN DAYS of the date of this order why this appeal should not be dismissed for want of prosecution. *See id.* R. 38.8(a). If Appellant fails to respond as ordered, we will abate this appeal to the trial court for an abandonment hearing. *Cf. id.* R. 38.8(b)(2); *Herndon v. Tex. Dep't of Family & Protective Servs.*, No. 03-11-00030-CV, 2012 WL 896010, at *1 (Tex. App.—Austin Mar. 13, 2012, no pet.) (mem. op.); *In re T.V.*, 8 S.W.3d 448, 449 (Tex. App.—Waco 1999, order).


_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 27th day of May, 2022.


_____
Michael A. Cruz,
Clerk of Court